UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY SABBAGH,<br><br>                Plaintiff,<br><br>  v.<br><br>OHANA GROUP LLC, et al.,<br>                Defendants. | CASE NO. C06-929MAT<br><br>MINUTE ORDER |

       The above referenced matter was initially assigned to the Honorable Mary Alice Theiler, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636 (c)(1)(C).

       On July 6, 2006, notice of the parties rights with regard to consenting to the case being assigned to a United States Magistrate Judge for all purposes was sent by the Clerk of Court. The parties were advised that they had until August 17, 2006 to consent if they wished.

       There is also a pending Motion to Amend Complaint and to Remand by Plaintiff (docket # 4). As the Magistrate Judge cannot rule on this motion until the consent issue has been resolved, the pending dates are adjusted as follows:

**Consents to assignment to Magistrate Judge Theiler:    due no later than July 20, 2006**
**Pending Motion:    remains noted for July 21, 2006**

       In the event the parties (or any party) choose not to consent the matter will be reassigned to a District Court Judge for resolution of the case and all pending matters.

                                     Dated this 10th day of July, 2006
                                     Bruce Rifkin, Clerk of Court

                                     By s/ JUDITH A. NOTHERN
                                        Judith A. Nothern, Deputy Clerk

MINUTE ORDER 1